CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 04 2015
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-cr-00031-001 |
| v. | **ORDER** |
| WALTER HARRIS NIBBLINS | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant. | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of the presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: November 4, 2015

/s/ Glen E. Conrad
Chief United States District Judge